IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: September 22, 2010

_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-16952

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Maura Pena<br>　　　　Debtor.<br>_____<br>U.S. Bank, National Association<br>　　　　Movant,<br>　　vs.<br>Maura Pena, Debtor; Robert A. MacKenzie, Trustee.<br>　　　　Respondents | No. 2:10-bk-12494-SSC<br><br>Chapter 7<br><br>ORDER FOR ABANDONMENT<br><br>(Related to Docket #31) |

On this day came on for consideration, U.S. Bank, National Association, its assignees and/or successors in interest ("Movant" herein) Motion for Abandonment pursuant to 11 U.S.C. 554(b). Good cause appearing,

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that all of the Trustee's interest

1. in the following described real property is abandoned:

   1148 West Auburn Drive
   Tempe AZ 85283

   and legally described as:
Lot 95, WOOD PARK VILLAGE, a subdivision recorded in Book 198 of Maps, page 24, records of Maricopa County, Arizona.